COOLEY LLP
KYLE C. WONG (224021)
(kwong@cooley.com)
DARINA A. SHTRAKHMAN (324109)
(dshtrakhman@cooley.com)
PRIANKA MISRA (348165)
(pmisra@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
Coursera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMAN GHAZIZADEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COURSERA, INC.,<br><br>Defendant. | Case No. 5:23-cv-05646-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE SET TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A)); STIPULATED AND [PROPOSED] ORDER REQUEST TO SET THE SUBSEQUENT BRIEFING SCHEDULE (CIVIL L.R. 6-2(A))**<br><br>Judge:   Edward J. Davila |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO SET TIME TO RESPOND TO
COMPLAINT & BRIEFING SCHEDULE
CASE NO. 5:23-CV-05646-EJD

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Iman Ghazizadeh, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Coursera, Inc. ("Coursera") ("Defendant") (collectively, "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed a putative class action lawsuit against Defendant on or about November 1, 2023 in the Northern District of California, (ECF No. 1);

WHEREAS, Defendant waived service under Federal Rule of Civil Procedure 4(d) on November 6, 2023;

WHEREAS, Defendant's deadline to respond to the Complaint is January 5, 2024;

WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter any deadline already fixed by Court order;

WHEREAS, under Civil Local Rules 6-2(a), parties may file a stipulated request for an order changing time in connection with papers required to be filed or lodged with the Court (other than an initial response to the complaint);

WHEREAS, extending the deadline for any subsequent briefing necessitated by Defendant's response to the Complaint, as set forth below, will allow for a more complete and orderly presentation of the legal issues the Court will need to resolve and will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, no prior time modifications have been sought in this case;

WHEREAS, this modification would not affect the case schedule as none has been entered.

NOW THEREFORE, the Parties hereby stipulate and agree to set the following deadlines:

1. January 12, 2024: Defendant's deadline to respond to the Complaint

2. February 16, 2024: Plaintiff's deadline to oppose any motion to dismiss

3. March 1, 2024: Defendant's deadline to file a reply

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 22, 2023 | COOLEY LLP |
| | By: */s/ Kyle C. Wong* |
| | Kyle C. Wong |
| | Attorney for Defendant Coursera, Inc. |
| | |
| Dated: November 22, 2023 | EDELSON PC<br>RAFEY BALABANIAN (SBN 315962)<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Phone: (415) 212-9300<br>Fax:     (415) 373-9435<br>rbalabanian@edelson.com |
| | EDELSON PC<br>MICHAEL OVCA (pro hac vice to be sought)<br>350 North LaSalle, 14th Floor<br>Chicago, Illinois 60654<br>Phone: (312) 589-6370<br>Fax:     (312) 589-6378<br>movca@edelson.com |
| | By: */s/ Rafey Balabanian* |
| | Rafey Balabanian |
| | Attorney for Plaintiff<br>IMAN GHAZIZADEH |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. TO SET TIME TO RESPOND TO
COMPLAINT & BRIEFING SCHEDULE
CASE NO. 5:23-CV-05646-EJD

**ATTESTATION OF ELECTRONIC SIGNATURE**

I, Kyle C. Wong, attest that the concurrence in the filing of this document has been obtained from each of the other signatories. Executed on November 22, 2023 in San Francisco, California.

/s/ *Kyle C. Wong*
Kyle C. Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. TO SET TIME TO RESPOND TO
COMPLAINT & BRIEFING SCHEDULE
CASE NO. 5:23-CV-05646-EJD

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

4 Dated: November 22, 2023

_____
The Honorable Judge Edward J. Davila
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. TO SET TIME TO RESPOND TO
COMPLAINT & BRIEFING SCHEDULE
CASE NO. 5:23-CV-05646-EJD