```
COOLEY LLP
KYLE C. WONG (224021)
(kwong@cooley.com)
DARINA A. SHTRAKHMAN (324109)
(dshtrakhman@cooley.com)
PRIANKA MISRA (348165)
(pmisra@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
Coursera, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMAN GHAZIZADEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COURSERA, INC.,<br><br>Defendant. | Case No. 5:23-cv-05646-EJD<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Edward J. Davila<br>Trial Date: None Set<br>Date Action Filed: November 1, 2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CASE MANAGEMENT
CONFERENCE (NO. 5:23-CV-05646-EJD)

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 16-2(d), Plaintiff Iman Ghazizadeh ("Plaintiff") and Defendant Coursera, Inc. ("Coursera") (together, "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on November 1, 2023, Plaintiff filed his Complaint (ECF No. 1) initiating this action;

WHEREAS, on November 2, 2023, the case was assigned to Judge Virginia K. DeMarchi and an Initial Case Management Conference was set for January 30, 2024, at 1:30 p.m. (ECF No. 5);

WHEREAS, on November 17, 2023, this action was reassigned to Your Honor (ECF No. 8);

WHEREAS, on November 17, 2023, the Court reset the Initial Case Management Conference for February 8, 2024, at 10:00 a.m. (ECF No. 9);

WHEREAS, on November 22, 2023, the Court granted the Parties' stipulation to set the following deadlines: Coursera's deadline to respond to the Complaint on January 12, 2024; Plaintiff's deadline to oppose any motion to dismiss on February 16, 2024; and Coursera's deadline to file a reply on March 1, 2024 (ECF No. 16);

WHEREAS, on January 12, 2024, Coursera moved to dismiss Plaintiff's Complaint and noticed its Motion to Dismiss to be heard on March 21, 2024, at 9:00 a.m. (ECF No. 20);

WHEREAS, the Parties have met and conferred and believe that, in the interest of judicial and party economy and efficiency, good cause exists to defer the Initial Case Management Conference scheduled for February 8, 2024, and all deadlines associated with or triggered by the Court setting an Initial Case Management Conference, until after the Court issues a decision on Defendant's Motion to Dismiss;

WHEREAS, no other changes to the schedule will be required by an extension of the Initial Case Management Conference Statement deadline.  *See* Civ. L.R. 6-2(a), 16-2(d).

Accordingly, the Parties' stipulate, and jointly request that the Court order as follows:

1. The February 8, 2024, Initial Case Management Conference is taken off calendar.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
REGARDING CASE MANAGEMENT
CONFERENCE (NO. 5:23-CV-05646-EJD)

2. The Parties' deadline to file the Joint Case Management Conference Statement shall be continued until 28 days after resolution of Coursera's pending Motion to Dismiss.

IT IS SO STIPULATED.

Dated: January 18, 2024

COOLEY LLP

By: */s/ Kyle C. Wong*
Kyle C. Wong

Attorney for Defendant
COURSERA, INC.

Dated: January 18, 2024

EDELSON PC

By: */s/ Michael W. Ovca*
Michael W. Ovca

Attorney for Plaintiff
IMAN GHAZIZADEH

### **ATTESTATION**

Pursuant to Civil L.R. 5-1(h), all signatories concur in filing this stipulation.

Dated: January 18, 2024

*Kyle C. Wong*
Kyle C. Wong

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 19, 2024

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

296660458