Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Michael Ovca (*pro hac vice*)
movca@edelson.com
Hannah Hilligoss (*pro hac vice*)
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IMAN GHAZIZADEH, individually and on behalf of all others similarly situated,<br><br>　　　　　　*Plaintiff*,<br>　v.<br><br>COURSERA, INC., a Delaware corporation,<br><br>　　　　　　*Defendant*. | Case No. 5:23-cv-05646-EJD<br><br>Hon. Edward J. Davila<br><br>**STATUS REPORT**<br><br>Dept.: 4<br>Judge: Hon. Edward J. Davila |

Pursuant to the Clerk's Notice Continuing Hearing (dkt. 47), Plaintiff respectfully submits the following joint status report. The Parties have reached a settlement in principle and are finalizing the written settlement agreement for signature. The Parties anticipate filing a stipulation of dismissal by December 13, 2024. The Parties respectfully request that the status conference currently set for December 12, 2024, be continued to a date thereafter.

Respectfully submitted,

Dated: November 27, 2024

By: /s/ Michael W. Ovca
*One of Plaintiff's Attorneys*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.943

Michael Ovca (*pro hac vice*)
movca@edelson.com
Hannah Hilligoss (*pro hac vice*)
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.637