1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
   Tel: 415.212.9300
4  Fax: 415.373.9435

5  Michael Ovca (*pro hac vice*)
   movca@edelson.com
6  Hannah Hilligoss (*pro hac vice*)
   hhilligoss@edelson.com
7  EDELSON PC
   350 North LaSalle Street, 14th Floor
8  Chicago, Illinois 60654
   Tel: 312.589.6370
9  Fax: 312.589.6378

10 *Counsel for Plaintiff and the Putative Class*

11

12

13 **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14 **SAN JOSE DIVISION**

15

16 IMAN GHAZIZADEH, individually and on      Case No. 5:23-cv-05646-EJD
   behalf of all others similarly situated,
17                                           Hon. Edward J. Davila
                        *Plaintiff*,
18        *v.*                               **JOINT STATUS REPORT**

19 COURSERA, INC., a Delaware                Dept.: 4
   corporation,                             Judge: Hon. Edward J. Davila
20
                        *Defendant*.
21

22

23

24

25

26

27

28

Pursuant to the Court's Order Setting Status Conference and Directing Parties to File Dismissal or Joint Status Report (dkt. 51), the Parties respectfully submit the following joint status report. The Parties have resolved all outstanding issues, have executed a final settlement agreement, and will have a stipulation of dismissal on file no later than January 31, 2025.

Respectfully submitted,

Dated: January 30, 2025

By: /s/ Michael W. Ovca
*One of Plaintiff's Attorneys*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.943

Michael Ovca (*pro hac vice*)
movca@edelson.com
Hannah Hilligoss (*pro hac vice*)
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.637

Dated: January 30, 2025

By: /s/ Kyle C. Wong (with permission)
*One of Defendant's Attorneys*

Kyle C. Wong (SBN 224021)
kwong@cooley.com
Julia M. Irwin (SBN 352861)
jirwin@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222