Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Michael Ovca (*pro hac vice*)
movca@edelson.com
Hannah Hilligoss (*pro hac vice*)
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMAN GHAZIZADEH, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br>  v.<br><br>COURSERA, INC., a Delaware corporation,<br><br>        *Defendant*. | Case No. 5:23-cv-05646-EJD<br><br>Hon. Edward J. Davila<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Dept.: 4<br>Judge: Hon. Edward J. Davila |

1   Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the
2   dismissal of Plaintiff Iman Ghazizadeh's individual claims in this action against Defendant
3   Coursera, Inc. with prejudice, with each party to bear their own costs and expenses. For the
4   avoidance of doubt, this stipulation does not affect the claims of absent putative class members.

Respectfully submitted,

Dated: January 31, 2025        By: /s/ Michael Ovca
                               *One of Plaintiff's Attorneys*

                               Rafey Balabanian (SBN 315962)
                               rbalabanian@edelson.com
                               EDELSON PC
                               150 California Street, 18th Floor
                               San Francisco, California 94111
                               Tel: 415.212.9300
                               Fax: 415.373.943

                               Michael Ovca (*pro hac vice*)
                               movca@edelson.com
                               Hannah Hilligoss (*pro hac vice*)
                               EDELSON PC
                               350 North LaSalle Street, 14th Floor
                               Chicago, Illinois 60654
                               Tel: 312.589.6370
                               Fax: 312.589.637

Dated: January 31, 2025        By: /s/ Kyle C. Wong (with permission)
                               *One of Defendant's Attorneys*

                               Kyle C. Wong (SBN 224021)
                               kwong@cooley.com
                               Julia M. Irwin (SBN 352861)
                               jirwin@cooley.com
                               COOLEY LLP
                               3 Embarcadero Center, 20th Floor
                               San Francisco, California 94111-4004
                               Telephone: (415) 693-2000
                               Facsimile: (415) 693-2222

STIPULATION OF DISMISSAL                                           Case No. 5:23-cv-05646-EJD